246 So.2d 198

**Purvis MILNER**

v.

**La Vonne Marie Smith MILNER.**

No. 51294.

April 14, 1971.

In re: La Vonne Marie Smith Milner applying for certiorari; or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 244 So.2d 716.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

246 So.2d 199

**Virginia Carroll CREED**

v.

**Earl W. MORIARTY, Jr.**

No. 51297.

April 14, 1971.

In re: Earl William Moriarty, Jr. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Lafayette. 244 So.2d 286.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.